No. 91-594. AMERICAN NATIONAL RED CROSS *v.* S. G. ET AL. C. A. 1st Cir. [Certiorari granted, *ante,* p. 976.] Motion of petitioner to dispense with printing the joint appendix granted.

No. 91-680. FAIRWAY SPRING CO., INC., ET AL. *v.* SOVRAN BANK/MARYLAND. C. A. 2d Cir.;

No. 91-681. CHEMUNG CANAL TRUST CO., AS TRUSTEE OF THE FAIRWAY SPRING CO., INC., RESTATED PENSION PLAN *v.* SOVRAN BANK/MARYLAND. C. A. 2d Cir.; and

No. 91-6255. SIGGERS ET AL. *v.* TUNICA COUNTY BOARD OF SUPERVISORS ET AL. Appeal from D. C. N. D. Miss. The Solicitor General is invited to file briefs in these cases expressing the views of the United States.

No. 91-702. IN RE HOUCK. Petition for writ of mandamus denied.

No. 91-860. UNITED STATES DEPARTMENT OF COMMERCE ET AL. *v.* MONTANA ET AL. Appeal from D. C. Mont. Probable jurisdiction noted. Motion of appellees for expedited briefing schedule and oral argument granted. Opening brief for appellants is to be filed with the Clerk on or before January 15, 1992. Brief for appellees is to be filed with the Clerk on or before February 12, 1992. Reply brief for appellants is to be filed with the Clerk on or before February 21, 1992. Case set for oral argument during the session beginning February 24, 1992.

No. 90-1676. GADE, DIRECTOR, ILLINOIS ENVIRONMENTAL PROTECTION AGENCY *v.* NATIONAL SOLID WASTES MANAGEMENT ASSN. C. A. 7th Cir. Certiorari granted.